No. 00–5208.  SMITH v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–5209.  ALEXANDER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–5210.  MOSBY v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 00–5211.  HARRIS v. McLEMORE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 00–5212.  HATCHER v. STEWART, WARDEN.  Sup. Ct. Ga.  Certiorari denied.

No. 00–5213.  RAMIREZ-VALENCIA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–5214.  MILLS v. BRICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 00–5216.  WILSON v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–5217.  TRAPP v. SANDERS, JUSTICE, SUPREME COURT OF WASHINGTON, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–5220.  MONACO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–5221.  MUNOZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–5223.  JUDA v. NERNEY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–5224.  JONES v. KERNAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–5225.  DAMPER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–5227.  PRUITT v. UNITED STATES; and
No. 00–5266.  LILES v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 211 F. 3d 1270.